*Messrs. Warner W. Gardner, Gerard D. Reilly, Irving J. Levy,* and *Miss Bessie Margolin* for respondent. ■

No. 265. FEDERAL POWER COMMISSION ET AL. *v.* NATURAL GAS PIPELINE CO. ET AL.; and

No. 268. NATURAL GAS PIPELINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. October 13, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Assistant Solicitor General Fahy* and *Mr. George F. Barrett,* Attorney General of Illinois, for petitioners in No. 265 and respondents in No. 268. *Messrs. J. J. Hedrick, George I. Haight,* and *S. A. L. Morgan* for respondents in No. 265 and petitioners in No. 268. Reported below: 120 F. 2d 625.

No. 277. DINAN ET AL. *v.* FIRST NATIONAL BANK. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. John R. Rood* for petitioners. *Messrs. Robert S. Marx* and *George P. Barse* for respondent. ■

No. 280. JONES *v.* OPELIKA. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for petitioner. *Mr. John W. Guider* for respondent. ■

No. 306. PEARCE *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit